**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7197

TIMOTHY LEE COLES,

Plaintiff – Appellant,

v.

K. MCNEELY, Inmate Hearing Officer, Buckingham Correctional Center; L. T. EDMONDS, Warden of Buckingham Correctional Center (BKCC); G. K. WASHINGTON, Central Region Regional Director; L. MICKELSON, Food Service Head Supervisor, Sussex II State Prison; L. SHAW, Correctional Institutional Rehabilitation Counselor, Sussex II State Prison; J. HARRIS, Unit Manager of Housing Unit 2, Sussex II State Prison; RODRIQUEZ, Inmate Hearing Officer, Sussex II State Prison; D. EVERETT, Warden, Sussex II State Prison; V. PURMAN, Correctional Officer, Sussex II State Prison; V. KNIGHT, Correctional Officer, Sussex II State Prison; S. GRAY, Sgt., Sussex II State Prison; L. THOMAS, Lt., Sussex II State Prison; A. DAVID ROBINSON, Eastern Regional Director,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:11-cv-00130-REP)

Submitted: January 30, 2012          Decided: February 14, 2012

Before AGEE, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy Lee Coles, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Lee Coles appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Coles v. McNeely, No. 3:11-cv-00130-REP (E.D. Va. Aug. 23, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED